UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL LANES COELHO GOMES,<br><br>Petitioner,<br><br>v.<br><br>ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility; PATRICIA HYDE, Boston Field Office Director, U.S. Immigration and Customs Enforcement and Removal Operations (ICE/ERO); TODD LYONS, Acting Director U.S. Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; PAMELA BONDI, U.S. Attorney General;<br><br>Respondents. | Civil Action No. 25-cv-13021-MJJ |

## MEMORANDUM OF DECISION AND ORDER

October 22, 2025

JOUN, D.J.

Michael Lanes Coelho Gomes ("Mr. Coelho Gomes" or "Petitioner") is a citizen of Brazil. [Doc. No. 1 at ¶ 1]. Mr. Coelho Gomes entered the United States without inspection in or about 2005. [*Id*.]. On or about October 15, 2025, Immigration and Customs Enforcement ("ICE") arrested Mr. Coelho Gomes in Massachusetts. [*Id*. at ¶ 2]. He is currently in custody at the Plymouth County Correctional Facility. [*Id*. at ¶ 7]. Mr. Coelho Gomes petitions the Court under 28 U.S.C. § 2241 and the Due Process Clause of the Fifth Amendment for relief from detention.

In their Response to Habeas Petition, Respondents acknowledge that the Court's decision in in *Hilario Rodriguez v. Moniz*, 25-cv-12358 controls this case. [Doc. No. 7 at 1]. I incorporate by reference the reasoning in my September 18, 2025 Order granting bond in the *Hilario Rodriguez* case, [25-cv-12358 Doc. No. 22], and find that Mr. Coelho Gomes is subject to Section 1226(a)'s discretionary detention framework and is thus eligible for bond.

The Petition for Writ of Habeas is <u>GRANTED</u>. Respondents are <u>ORDERED</u> to provide Mr. Coelho Gomes with a bond hearing under 8 U.S.C. § 1226(a) within 10 days of this Order. The Respondents are <u>ENJOINED</u> from denying bond to Mr. Coelho Gomes on the basis that he is detained pursuant to 8 U.S.C. § 1225(b)(2). The Respondents are further <u>ORDERED</u> to file a status report within 24 hours of the bond hearing, stating whether Mr. Coelho Gomes has been granted bond, and, if his request for bond was denied, the reasons for that denial.

SO ORDERED.

<u>/s/ Myong J. Joun</u>
United States District Judge